IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RAYFAEL RANORDO WATTS,
    Plaintiff,

vs.                                     Case No.: 3:13cv341/MCR/EMT

ANN COFFIN, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

       This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1). On May 31, 2013, Plaintiff was given thirty (30) days in which to file an amended complaint (*see* doc. 4). The court subsequently extended the deadline to September 9, 2013 (*see* docs. 9, 10). Plaintiff failed to file an amended complaint by the deadline; therefore, on September 16, 2013, the court issued an order requiring Plaintiff to show cause, within fourteen (14) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 11). The time for compliance with the show cause order has elapsed, and the court has received no response from Plaintiff.

       Accordingly, it is respectfully **RECOMMENDED**:

       That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 4th day of October 2013.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636;** United States v. Roberts**, 858 F.2d 698, 701 (11th Cir. 1988).**